JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

GERARDO REYES CRUZ,

        Petitioner,

        v.

TODD M. LYONS, et al.,

        Respondent.

No. 8:26-cv-00996-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 9), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One pursuant to *Maldonado Bautista*. The Clerk of Court shall close this case.

DATED: May 18, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE